UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST IMMIGRANT RIGHTS PROJECT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | CASE NO. C23-1127-KKE<br><br>CASE SCHEDULING ORDER |

This matter comes before the Court on the parties' joint status report. Dkt. No. 9. The Court held a scheduling conference on November 15, 2023, and consistent with the parties' request, finds it appropriate to dispense with a standard case schedule in this matter. At this time, the Court imposes two deadlines:

(1) <u>Production Deadline</u>: At the scheduling conference, the parties requested that the Court set a deadline for Defendants to respond to Plaintiff's outstanding Freedom of Information Act requests. Counsel for Defendants represented that documents will be produced on a rolling basis but acknowledged that no records had been produced to date. Counsel for Defendants further described the labor-intensive process required to redact and produce the subject video files but did not represent

CASE SCHEDULING ORDER - 1

that the responsive audio files and documents necessitate a similar delay. As such, the Court expects that Defendants will produce the responsive documents that have already been identified (referenced in the joint status report (Dkt. No. 9 at 2)) as well as any additional documents and audio files not subject to the aforementioned video redaction process as soon as practicable. Defendants are ORDERED to produce all responsive documents and all responsive audio/video files no later than January 31, 2024.

(2) <u>Joint Status Report</u>: The parties are ORDERED to file a joint status report no later than February 29, 2024, to propose a briefing schedule required for any motions related to Defendants' production and/or address whether any issues remain for the Court to resolve.

Dated this 16th day of November, 2023.

Kymberly K. Evanson
United States District Judge