District Judge Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST IMMIGRANT RIGHTS PROJECT,<br><br>  Plaintiff,<br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>  Defendants. | Case No. 2:23-cv-01127-KKE<br><br>STIPULATION FOR ADDITIONAL TIME TO FILE A JOINT STATUS REPORT AND ORDER |

**STIPULATION**

The parties have continued to work together in response to the Court's April 1, 2024 Order. Dkt. 23. In particular, ICE processed and released additional materials by April 19, 2024 in response to the 12 items Plaintiff identified. ICE currently understands it has adequately searched, located, and appropriately released all non-exempt materials responsive to Plaintiff's FOIA request, including the additional items NWIRP identified.

After reviewing ICE's production, the parties met and conferred and NWIRP explained

STIPULATION RE JOINT STATUS REPORT
2:23-cv-01127-KKE - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970

that the production remained incomplete for at least 2, and potentially 4, key items.[1]  This includes footage from security cameras leading up to, and including, the two deployments of the chemical agent; footage from a handheld camera of the time of, and surrounding, the second deployment; documents related to authorization of use of force; and any documents related to a meeting with ICE Office of Inspector General regarding the incident in question.  ICE is looking into whether such documents and/or video actually exist and hopes to have that information shortly.

If such materials are located, the parties have agreed to meet and confer on a production schedule.  If such materials are not located, then the parties believe briefing may be appropriate.  What comes next depends on what ICE learns regarding these four items.  ICE is tracking that information down and has shared some preliminary findings with Plaintiff, but needs a brief amount of additional time to complete the task.  Counsel for the parties have a good working relationship and are working well to continue to narrow and resolve these final issues.  Based on this, and the fact that the parties do not believe they can propose a meaningful schedule until ICE learns the additional information outlined above, the parties agree and stipulate to a one-week extension to file a supplemental joint status report that would include a proposed briefing schedule, if necessary.  The parties submit there is good cause for this brief extension.

//
//
//
//
//

---

[1] NWIRP stated that some additional items were not provided, but it was focusing on the ones it believed to be the most relevant and important to its overall efforts to ensure accountability regarding the incident in question.

STIPULATION RE JOINT STATUS REPORT
2:23-cv-01127-KKE - 2

**UNITED STATES ATTORNEY**
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970

DATED this 29th day of April, 2024.

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

s/ Nickolas Bohl
NICKOLAS BOHL WSBA No. 48978

s/ Katie D. Fairchild
KATIE D. FAIRCHILD, WSBA No. 47712
Assistant United States Attorneys
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:      206-553-4073
Email:   nickolas.bohl@usdoj.gov
Email:   katie.fairchild@usdoj.gov

*Attorneys for Defendants*


NORTHWEST IMMIGRANT RIGHTS PROJECT

s/ Matt Adams
MATT ADAMS, WSBA No. 28287

s/ Glenda M. Aldana Madrid
GLENDA M. ALDANA MADRID, WSBA No. 46787

s/ Leila Kang
LEILA KANG, WSBA No. 48048
615 Second Avenue, Suite 400
Seattle, WA 98104
Phone:  206-957-8611
Email:   matt@nwirp.org
            glenda@nwirp.org
            leila@nwirp.org

*Attorneys for Plaintiff*

I certify that this memorandum contains 355 words, in compliance with the Local Civil Rules

STIPULATION RE JOINT STATUS REPORT
2:23-cv-01127-KKE - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970

**ORDER**

The Court GRANTS the parties' stipulated motion (Dkt. No. 24) for a one-week extension of the deadline to file a joint status report addressing any outstanding issues. No later than May 6, 2024, the parties shall file a joint status report, including any proposed briefing schedule.

DATED this 29th day of April, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

STIPULATION RE JOINT STATUS REPORT
2:23-cv-01127-KKE - 4

**UNITED STATES ATTORNEY**
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970