District Judge Kymberly K. Evanson

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORTHWEST IMMIGRANT RIGHTS PROJECT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendants. | Case No. 2:23-cv-01127-KKE<br><br>SUPPLEMENTAL JOINT STATUS REPORT AND ORDER |

## SUPPLEMENTAL JOINT STATUS REPORT

On May 6, 2024, the parties filed a joint status report outlining stipulated deadlines for additional productions and a briefing schedule for summary judgment motions to be filed, if deemed necessary. Dkt. 26. Pursuant to the parties' agreement, ICE made supplemental productions and provided Plaintiff with a signed declaration attesting to its search activities that satisfied Plaintiff's remaining concerns. The parties are pleased to inform the Court that they have successfully resolved all substantive issues regarding the FOIA request at issue in this matter.

SUPPLEMENTAL JOINT STATUS REPORT
& ORDER
2:23-cv-01127-KKE - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970

The parties agree that the only issue remaining concerns attorneys' fees and will seek to attempt to resolve the matter without briefing. Plaintiff needs additional time to review its records and provide its request for fees to Defendants. ICE will need adequate time to review a fee request, and then seek authority for any potential resolution amount. The parties are hopeful that they can build upon their successful efforts to resolve this final issue, and respectfully request that the Court issue the following scheduling order:

- The parties will file a joint status report informing the Court of the status of the parties' negotiations by August 16, 2024;
- If necessary, Plaintiff will file any petition for fees by August 23, 2024;
- Defendants will file their opposition by September 13, 2024; and
- Plaintiff will file its reply, if any, by September 23, 2024.

DATED this 7th day of June, 2024.

Respectfully submitted,

NORTHWEST IMMIGRANT RIGHTS PROJECT

*s/ Matt Adams*
MATT ADAMS, WSBA No. 28287

*s/ Glenda M. Aldana Madrid*
GLENDA M. ALDANA MADRID, WSBA No. 46787

*s/ Leila Kang*
LEILA KANG, WSBA No. 48048

*s/ Aaron Korthuis*
AARON KORTHUIS, WSBA No. 53974
615 Second Avenue, Suite 400
Seattle, WA 98104
Phone: 206-957-8611
Email: matt@nwirp.org
glenda@nwirp.org
leila@nwirp.org
aaron@nwirp.org
*Attorneys for Plaintiff*

SUPPLEMENTAL JOINT STATUS REPORT & ORDER
2:23-cv-01127-KKE - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970

TESSA M. GORMAN
United States Attorney

*s/ Nickolas Bohl*
NICKOLAS BOHL, WSBA No. 48978

KATIE D. FAIRCHILD, WSBA No. 47712
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:    206-553-4073
Email:  nickolas.bohl@usdoj.gov
        katie.fairchild@usdoj.gov

*Attorneys for Defendants*

SUPPLEMENTAL JOINT STATUS REPORT
& ORDER
2:23-cv-01127-KKE - 3

**UNITED STATES ATTORNEY**
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970

**ORDER**

The Court commends the parties for cooperating to resolve the substantive issues of this case. According to the parties' stipulation (Dkt. No. 27), the Court ORDERS as follows:

- The parties shall file a Joint Status Report by August 16, 2024, informing the Court of the status of the parties' negotiations regarding attorney's fees;

- Plaintiff will file any petition for fees by August 23, 2024;

- Defendants will file their opposition by September 13, 2024; and

- Plaintiff will file its reply, if any, by September 23, 2024.

DATED this 10th day of June, 2024.

Kymberly K. Evanson
United States District Judge

SUPPLEMENTAL JOINT STATUS REPORT & ORDER
2:23-cv-01127-KKE - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970