UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST IMMIGRANT RIGHTS PROJECT,<br><br>Plaintiff(s),<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendant(s). | CASE NO. C23-1127-KKE<br><br>ORDER EXTENDING BRIEFING SCHEDULE ON FEE PETITION |

The parties previously agreed to attempt to resolve the issue of attorney's fees via negotiation without briefing, and if they could not, the Court ordered Plaintiff to file a fee petition no later than August 23, 2024. *See* Dkt. No. 28. The parties now represent that additional time for negotiation would be useful (Dkt. No. 29), and the Court commends the parties' efforts to date to resolve this issue. The Court therefore extends the briefing schedule on any fee petition as follows, as requested by the parties:

No later than September 13, 2024, the parties shall file a joint status report describing the status of the parties' fee negotiations. If necessary, Plaintiff will file a fee petition no later than September 20, 2024. Defendants may file an opposition no later than October 11, 2024. Plaintiff may file a reply brief no later than October 21, 2024.

Dated this 16th day of August, 2024.

Kymberly K. Evanson
United States District Judge

ORDER EXTENDING BRIEFING SCHEDULE ON FEE PETITION - 1