UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST IMMIGRANT RIGHTS PROJECT,<br><br>     Plaintiff(s),<br><br> v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>     Defendant(s). | CASE NO. C23-1127-KKE<br><br>ORDER VACATING DEADLINES |

The parties have informed the Court that they have resolved this matter, and request 90 days to perfect settlement before filing a notice of voluntary dismissal. Dkt. No. 31. The Court commends the parties for their work on this case and VACATES all pending deadlines. The parties shall file a notice of voluntary dismissal no later than December 16, 2024.

Dated this 16th day of September, 2024.

*Kymberly K Evanson*
_____
Kymberly K. Evanson
United States District Judge

ORDER VACATing deadlines - 1