UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST IMMIGRANT RIGHTS PROJECT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | CASE NO. C23-1127-KKE<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

The parties have filed a joint stipulation of dismissal of all claims, causes of action, and parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 33. The parties agree that each party shall bear their own costs and fees other than as provided by the parties' settlement agreement regarding attorney's fees. *Id*.

The Court GRANTS the stipulated motion (Dkt. No. 33) and accordingly DISMISSES this action with prejudice. The clerk is directed to administratively close this case.

Dated this 17th day of December, 2024.

Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE - 1